UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CV-241-D

UNITED STATES OF AMERICA )
    Plaintiff, )
     )
v. ) ENTRY OF DEFAULT
     )
LATISHA BRIGGS JORDAN, )
AKA LATISHA MONIQUE BRIGGS )
    Defendant. )

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the above-named defendant having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said defendant.

This the 29 day of August, 2017.

_____
PETER A. MOORE, JR., CLERK
Clerk of Court
United States District Court