UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CV-241-D

UNITED STATES OF AMERICA, )
)
                  Plaintiff, )
)
        v.                    )        ORDER FOR DEFAULT JUDGMENT
)
LATISHA BRIGGS JORDAN,        )
AKA: LATISHA MONIQUE BRIGGS   )
)
Defendant.                    )

UPON CONSIDERATION OF the Plaintiff's Motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that the Clerk shall enter Judgement against Defendant for failure of answer and in favor of Plaintiff, United States of America, against Defendant in the amount of $242,105.20, to the date of judgment, together with present and future costs and disbursements incurred by Plaintiff in this action;

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the applicable judgment rate of _1.62.%_.

SO ORDERED. This ___1___ day of ~~November~~ December 2017.

_____
JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE