UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )     **JUDGMENT IN A CIVIL CASE**
v.                               )     **CASE NO. 5:17-CV-241-D**
                                 )
LATISHA BRIGGS JORDAN, a/k/a     )
LATISHA MONIQUE BRIGGS,          )
                                 )
            Defendant.           )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgement is entered against Defendant for failure of answer and in favor of Plaintiff, United States of America, against Defendant in the amount of $242,105.20, to the date of judgment, together with present and future costs and disbursements incurred by Plaintiff in this action;

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the applicable judgment rate of 1.62 %.

<u>This Judgment Filed and Entered on April 30, 2018, and Copies To:</u>

Roberto F. Ramirez                        (via CM/ECF electronic notification)

DATE:                              PETER A. MOORE, JR., CLERK

April 30, 2018                     (By)  /s/ Nicole Briggeman

                                   Deputy Clerk